IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RAMON MACEDO JAIMES, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-2823-DAE |
| | § | |
| ORTEGA, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Petitioner Ramon Macedo Jaimes's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents' Response (Dkt. # 4). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **within seven (7) days of receipt of this Order**, Petitioner shall file supplemental briefing with answers to the following questions:

1. Federal Respondents assert that Petitioner was "encountered by United States Border Patrol, and granted Voluntary Return, a total of seven times between April 9, 2002, and May 17, 2022." (Dkt. # 4 at 10.) Respondents' Exhibit B indicates that these encounters occurred during April and May of 2002. (Dkt. # 4-2 at 4.) Please provide further details for the Court on the circumstances surrounding these encounters with immigration authorities,

including the impact of Petitioner being granted a Voluntary Return.

2. Please describe further what connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here. Petitioner need not provide any identifying details, such as the names or addresses of residences or places of employment, but may instead write generally about his connections to his community.

3. Has Petitioner remained continuously in the United States since he first entered in 2004? If not, when was his most recent entry to the United States?

4. Does Petitioner have family in the United States other than his six U.S. citizen children, including any other U.S. citizens or lawful permanent resident family members?

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, October 14, 2026.

David Alan Ezra
Senior United States District Judge