IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RAMON MACEDO JAIMES, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-2823-DAE |
| | § | |
| ORTEGA, *et al*., | § | |
| | § | |
| *Respondents*. | § | |

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Petitioner Ramon Macedo Jaimes's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), Federal Respondents' Response (Dkt. # 4), and Petitioner's Supplemental Brief (Dkt. # 8). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **within seven (7) days of receipt of this Order**, Respondents shall file supplemental briefing with answers to the following questions:

1. Federal Respondents assert that Petitioner was "encountered by United States Border Patrol, and granted Voluntary Return, a total of seven times between April 9, 2002, and May 17, 2022." (Dkt. # 4 at 10.) Respondents' Exhibit B indicates that these encounters occurred during April and May of 2002, however, and that none occurred in 2022. (Dkt. # 4-2 at 4.) Petitioner's Supplemental

Brief suggests that these Voluntary Returns were not issued by an immigration judge pursuant to an order of removal but rather were used as an administrative tool near the border or point of entry. (See Dkt. # 6 at 1.) Petitioner also asserts that Voluntary Returns have no negative impact on eligibility for immigration relief. (Id.) Please provide your response, if any, to Petitioner's statements in his Supplemental Brief, including by addressing the whether the previous Voluntary Returns have any impact on Petitioner's immigration proceedings and/or on this Court's adjudication of Petitioner's application for writ of habeas corpus. Please also address in your Response whether these Voluntary Returns differ in kind from an order granting voluntary departure.

2. Please confirm that Petitioner does not have a final order of removal.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, October 15, 2026.



David Alan Ezra
Senior United States District Judge